# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**KAREN GROUND,**

    Plaintiff,

                               **CASE NO.    3:11-CV-403**

**-vs-**

                               **Judge Timothy S. Black**

**KONDAS DENTAL GROUP, INC.,** *et al.***,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Count III is **DISMISSED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  March 14, 2012                           **JAMES BONINI, CLERK**

                                                       By: s/ M. Rogers
                                                        Deputy Clerk