# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**KAREN GROUND,**

   Plaintiff,

                                         **CASE NO.    3:11-CV-403**

**-vs-**

                                         **Judge Timothy S. Black**

**KONDAS DENTAL GROUP, INC.,** *et al.*,

   Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Count III is **DISMISSED**; and that the case is **TERMINATED** from the docket of the Court.

Date:   March 14, 2012                             **JAMES BONINI, CLERK**

                                                        By: <u>s/ M. Rogers</u>
                                                        Deputy Clerk